# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Civil Action No. 1:17-cv-978-TDS-JLW |
| JON BARRY AND ASSOCIATES, INC., D/B/A PARAGON REVENUE GROUP, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff MICHAEL WILSON and Defendant JON BARRY AND ASSOCIATES, INC., D/B/A PARAGON REVENUE GROUP, jointly, by and through the undersigned counsel, hereby file this Stipulation dismissing the above-referenced action **with prejudice**, each party to bear its own costs and attorney fees.

STIPULATED AND AGREED to on this day, January 5, 2018, by:

| | |
|---|---|
| /s/ Frank H. Kerney, III | /s/ Marissa A. Coyle |
| Frank H. Kerney, III | Marissa A. Coyle |
| LR 83.1 Counsel (FL Bar No.: 88672) | NC Bar No.: 42709 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Morgan & Morgan, Tampa, P.A. | The Echols Firm, LLC |
| 201 North Franklin Street, 7th Floor | Post Office Box 12645 |
| Tampa, Florida 33602 | Rock Hill, South Carolina 29731 |
| Phone: (813) 223-5505 | Phone: (803) 329-8970 |
| fkerney@forthepeople.com | marissa.coyle@theecholsfirm.com |

/s/ Ruth M. Allen
NC Bar No.: 34739
*Attorney for Plaintiff*
Ruth Allen Law, PLLC
7413 Six Forks Road, Suite 326
Raleigh, NC 27615
Phone: (919) 481-4141
ruthallen@ruthallenlaw.com

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL WILSON, | ) |
|         Plaintiff, | ) |
| vs. | ) Civil Action No. 1:17-cv-978-TDS-JLW |
| JON BARRY AND ASSOCIATES, INC., D/B/A PARAGON REVENUE GROUP, | ) |
|         Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, I electronically filed the foregoing **Joint Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which caused it to be automatically served upon the following:

**Frank H. Kerney, III**  
*Counsel for Plaintiff*  
Morgan & Morgan, Tampa, P.A.  
201 North Franklin Street, 7th Floor  
Tampa, Florida 33602  
fkerney@forthepeople.com

**Ruth M. Allen**  
*Local Counsel for Plaintiff*  
Ruth Allen Law, PLLC  
7413 Six Forks Road, Suite 326  
Raleigh, North Carolina 27615  
ruthallen@ruthallenlaw.com

/s/ Marissa A. Coyle  
Marissa A. Coyle  
The Echols Firm, LLC